___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 13 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERBCO INTERNATIONAL INC.,<br>EDWARD WILLIAMSON ANDREWS, III,<br>DAVID WILLIAM LYKINS, JR., and<br>DEBRA RAE HOWARD,<br><br>Defendants. | NO. CR12- 100 RSM<br><br>INFORMATION<br><br>U.S.C. Title 8, Sections 1324(a)(1)(A)(iii) & (iv) Harboring Alien; Encourage, Induce Alien to Reside<br><br>U.S.C. Title 8 Sections 1324(a)(2) and (f); U.S.C. Title 18 Section 2 (Aid and Abet Continued Employment of Illegal Alien)<br><br>(Felony and Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT I

On or about April 22, 2011, at Duvall, within the Western District of Washington, HERBCO INTERNATIONAL INC., a Washington corporation, by and through acts of its employees, acting in the scope of their employment and, in part, to benefit the corporation, harbored, concealed, and shielded from detection an alien, MAC, a citizen

//
//

INFORMATION:
HERBCO INTERNATIONAL, INC.;
EDWARD WILLIAMSON ANDREWS, III;
DAVID WILLIAM LYKINS, JR;
DEBRA RAE HOWARD - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and national of Mexico, while knowing and in reckless disregard of the fact the alien had come to, entered, or remained in the United States in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT II

On or about April 22, 2011, at Duvall, within the Western District of Washington, HERBCO INTERNATIONAL INC., a Washington corporation, by and through acts of its employees, who acted in the scope of their employment and, in part, to benefit the corporation, encouraged and induced an alien, MAC, a citizen and national of Mexico, to reside in the United States while knowing or in reckless disregard of the fact the alien's residence in the United States was in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## COUNT III

On or about April 22, 2011, through June 30, 2011 at Duvall, within the Western District of Washington, EDWARD WILLIAMSON ANDREWS, III, DAVID WILLIAM LYKINS, JR., and DEBRA RAE HOWARD, knowing that MAC, a citizen and national of Mexico, was not authorized to be employed in the United States, continued to employ him and other unauthorized aliens at HERBCO INTERNATIONAL INC.

All in violation of Title 8, United States Code, Section 1324a(a)(2) and (f) and Title 18, United States Code, Section 2.

DATED this 3rd day of April, 2012.

JENNY A. DURKAN
United States Attorney

ROBERT A. WESTINGHOUSE
Assistant United States Attorney

DONALD M. RENO, JR.
Assistant United States Attorney

INFORMATION:
HERBCO INTERNATIONAL, INC.;
EDWARD WILLIAMSON ANDREWS, III;
DAVID WILLIAM LYKINS, JR;
DEBRA RAE HOWARD - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and national of Mexico, while knowing and in reckless disregard of the fact the alien had come to, entered, or remained in the United States in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT II

On or about April 22, 2011, at Duvall, within the Western District of Washington, HERBCO INTERNATIONAL INC., a Washington corporation, by and through acts of its employees, who acted in the scope of their employment and, in part, to benefit the corporation, encouraged and induced an alien, MAC, a citizen and national of Mexico, to reside in the United States while knowing or in reckless disregard of the fact the alien's residence in the United States was in violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## COUNT III

On or about April 22, 2011, through June 30, 2011 at Duvall, within the Western District of Washington, EDWARD WILLIAMSON ANDREWS, III, DAVID WILLIAM LYKINS, JR., and DEBRA RAE HOWARD, knowing that MAC, a citizen and national of Mexico, was not authorized to be employed in the United States, continued to employ him and other unauthorized aliens at HERBCO INTERNATIONAL INC.

All in violation of Title 8, United States Code, Section 1324a(a)(2) and (f) and Title 18, United States Code, Section 2.

DATED this 3rd day of April, 2012.

JENNY A. DURKAN
United States Attorney

ROBERT A. WESTINGHOUSE
Assistant United States Attorney

DONALD M. RENO, JR.
Assistant United States Attorney

INFORMATION:
HERBCO INTERNATIONAL, INC.;
EDWARD WILLIAMSON ANDREWS, III;
DAVID WILLIAM LYKINS, JR;
DEBRA RAE HOWARD - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970